# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4545
_____

CITY OF GAINESVILLE d/b/a
GAINESVILLE REGIONAL
UTILITIES,

    Appellant,

    v.

JACOB T. RODGERS and WILLIAM
STORMANT,

    Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

May 22, 2019


PER CURIAM.

    AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Daniel M. Nee of the Office of the City Attorney, City of Gainesville, Gainesville, for Appellant.

Jeffrey J. Humphries of Morgan & Morgan, Jacksonville, for Appellee.